UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                         CASE NO. 17-20201

  -V-                                 HON. GERSHWIN A. DRAIN

THOMAS CHARLES REID,

    Defendant.
_____/

## GOVERNMENT'S SENTENCING MEMORANDUM

**I.    Introduction**

Armed with access to the internet and an uncontrollable sexual appetite, the defendant, Thomas Reid, sought out young girls and child pornography online. He connected with real girls, convincing a nine year-old to produce child pornography of herself. He attempted to persuade other minors to do the same and asked someone he met online to create child pornography of their child. He also engaged in the receipt of child pornography, downloading child sexually abusive materials with likeminded individuals.

For his actions, the government recommends a sentence of 100 months.

II.     Statement of Facts

   A.     Minor Victim 1

The defendant, Thomas Reid, a 31 year-old man, had a Facebook account under the Facebook ID "Tdizzle Reid." On or about April 23, 2016, at 5:53 p.m., MV-1 sent Reid a Facebook message saying "Hi." Approximately five minutes later, she messaged Reid "Im bored." Reid responded an hour later and asked, "[d]o you want to send some sexy pictures back and forth." MV-1 sent a picture of herself, dressed, from her head to the middle of her chest. Reid responded "cute." MV-1 asked Reid to send her a picture of himself, but Reid sent a picture of a young boy. MV-1 asked Reid his age. Consistent with the picture he sent, Reid told MV-1 that he was 13 years-old. MV-1 stated she was 12 years-old. MV-1 was really nine years-old.

Reid asked MV-1 where she lived. MV-1 responded that she lived in Michigan. By 8:29 p.m., Reid asked MV-1 if she had a boyfriend. Three hours after their first communication, at 8:50 p.m., Reid and MV-1 exchanged messages about being in love. MV-1 sent another picture of herself. The defendant sent another picture of the same young boy.

MV-1 wrote to Reid about taking tests and having a lot of homework. At 9:11 p.m., MV-1 told Reid she was done with her homework. At 9:12 p.m., Reid asked if they "can sleep sexy." In the minutes that followed, Reid sent MV-1 two

pictures of his penis. The defendant told MV-1 it was her turn. He asked if he could "have a little clearer picture of your pussy." MV-1 sent a lascivious picture of her vagina. After sending another picture of his penis, Reid asked "Can I see inside your pussy hole." In response, MV-1 sent a more graphic picture of her vagina spread open. Reid complimented MV-1's picture and asked, "Can I see you're [sic] fully naked now." At 9:26 p.m., MV-1 sent Defendant a picture of her body, exposing her breasts and her vagina.

As the conversation continued, Reid asked if he could video chat "so I can see your pussy and I can cum all over you." When the video chat did not work, Reid wrote "let's just send pictures back and forth stuff." MV-1 reminded Reid that she had to go to bed. Reid sent MV-1 another picture of his penis. From 9:46 p.m. until 10:03 p.m., Reid asked for more pictures of MV-1. MV-1 sent multiple pictures of her breasts and vagina. Reid sent more pictures of his penis. MV-1 told the defendant that she had to go to bed.

At 3:33 p.m. the next day, they started talking again. At 3:50 p.m., MV-1 sent Reid a close-up picture of herself, fully dressed. In less than thirty seconds, Reid messaged MV-1, "very cute." Approximately fourteen minutes later, Reid asked "how old r u again." MV-1 answered with a picture of a heart. Reid volunteered "I'm 13 y bbe [years-old baby]." At 4:11 p.m., Reid told MV-1 that "you don't [sic] showing pictures that we did last night."

By 4:56 p.m., Reid told MV-1 that he loved her. He told her "you know you are my everything." Reid asked MV-1 if he could watch her take a shower. When she asked "how," he responded that she could "video request in the morning." Reid wrote that he "will always love [her]," and sent her a picture of an engagement ring telling her that he was "in love" and that he was "very sexy."

At 5:34 p.m., Reid asked her if she "shaved her pussy," and if they can "have sex tonight." He told her that he wanted "to see you play with your pussy one time since I like to see me play with my dick." When MV-1 told Reid that she was "so cold and alone," he responded, "I can't help you get warm because I'm not at your place." MV-1 told Reid to come over. Reid replied, "I don't even know your address sweetie." MV-1 gave Reid her address and Reid told her that "that's way out there for me." Reid offered to buy her "a bikini . . . or something like that."

By 7:20 p.m., MV-1 told Reid that she was really tired. Reid responded, "I know that can I send you a naked pic of me." He explained that the other pictures he sent were old pictures and "this is going to be a new one on me." Reid also asked her to send one of her laying on her bed naked. Reid sent MV-1 a picture of himself naked. For the first time since they met online, the picture included a picture of Reid's face.

### B. Minor Complainant 1

On or about June 11, 2016, the mother of Minor Complainant 1 (MC-1) contacted her local police department in Pueblo, Colorado. The mother reported that MC-1 received calls at home from a boy. The mom became suspicious when the caller ID indicated the caller was "Tom Reid." When the mother asked MC-1 about the call, MC-1 lied and told her mom the boy was a 14-year-old from her school. She questioned why a 14-year-old boy would have his own line.

Later that day, while MC-1 was at school, the boy called their home phone. The mother answered the phone. She questioned why the boy was not at school and why he sounded a lot older. The boy insisted he was 14-years-old.

The mom checked her daughter's Facebook account. She discovered her daughter was talking online to "Tdizzle Reid." The conversations were sexual in nature. She noticed that MC-1 sent non-nude pictures to "Tdizzle Reid." The mother later learned that "Tdizzle Reid." was 32 year-old Tom Reid.

A subsequent investigation revealed that MC-1 and Reid had numerous conversations between May 11 and May 31, 2016. In the more recent messages, Reid apologized to MC-1 for lying about his age. Reid told her that he really liked her and did not "know if you do out [sic] with [an] old man or not." Reid also said he fell in love with her. MC-1 told the defendant her mother threw her phone away.

Reid offered to buy her a phone. They agreed to send the phone to a friend's home to hide the phone from her mother.

A Pueblo detective reviewed Reid's Facebook page. The detective noticed that a large majority of the defendant's 1,693 friends were 10 to 16 years-old. He found 27 of Reid's online friends in Pueblo and identified 23 of them. The detective determined 21 were under the age of 18, the majority of which were between 11 and 15 years-old. The detective spoke with two of Reid's Facebook friends identified as a minor. Both stated that Reid represented himself as a 14 year-old boy.

In conversations with MC-1, Reid wrote 'My dick is very hard right now just thinking about you being naked . . . ," "Do [you] shave down there," "I want to see you naked one day soon when we are to [sic] with each other," and "how about this we share one naked picture right now so we can see what we got to offer each other." When MC-1 learned Reid was an adult, he said "I didn't know how to tell you that I was older than you and when I seen your picture I kind of fell in love." After offering to purchase her a new phone, Reid said "please do not tell your mom what I'm doing for you . . . ."

### C. The Search Warrant at Reid's Residence

On September 22, 2016, a search warrant was executed at Reid's residence, an assisted living house in Belleville, Michigan. Reid was present and interviewed. Reid made the following statements:

1. He thought the agents wanted to talk about MC-1;
2. He knew MC-1 was 14 years-old;
3. He told her he was 14 years-old;
4. He had to start a new Facebook page because his first page got shut down;
5. MV-1 sent him nude photographs of herself;
6. They talked briefly and he did not remember her; and
7. He traded nude images of himself on Facebook with girls 18 years-old or older.

### D. The Forensic Examination and NCMEC Tip

A forensic examination of Reid's phone revealed 15 unique videos and 590 images of child pornography. The examiner found 4,291 images and 26 videos that appeared child exploitative, however, the examiner could not determine the age of the subject in the images.

The examination found conversations with children and adults. On or about September 9 and 10, 2016, Reid communicated with a girl believed to be between

13 and 15 years-old. Reid sent the girl a picture of a boy's face and asked, "U have any sexy pictures of U??" In other messages, Reid solicited child pornography. In one exchange, dated September 6, 2016, Reid asked someone "did you take any pictures of your daughters this morning . . . ." When the person responded, "they are at school," Reid replied, "Ok what time do they get home." Six hours later, Reid sent a message asking, "can I see [p]pictures of your kid naked now?"

In a September 3, 2016, conversation, Reid admitted that he wanted to have sex with a little girl. He said he "thought about that with a little girl a few times cannot [sic] find one."

On October 12, 2016, a criminal complaint was issued that charged Reid with production, distribution, and possession of child pornography. For reasons discussed below, Reid was granted bond at his initial appearance.

On or about February 28, 2017, the FBI received a tip from the National Center for Missing and Exploited Children regarding child pornography in a Dropbox account. The account was associated with Reid. A review of Reid's Dropbox account showed links to a website that contained images and videos of child pornography. Further, Reid actively solicited images and videos of young girls.

On March 21, 2017, Reid's bond was revoked. He was indicted on April 4, 2017.

## III. Advisory guidelines

The Probation Department calculated the advisory guideline range as 135 to 168 months. This is consistent with the Rule 11 Plea Agreement.

## IV. Sentencing Factors

### A. The nature and circumstances of the offense and the history and characteristics of the defendant, 18 U.S.C. § 3553(a)(1).

#### 1. Nature and circumstances of the offense.

There are few crimes that are as serious as the sexual exploitation of children. In this case, Reid's criminal conduct covered a wide berth of child exploitive crimes. Reid possessed, received, and produced child pornography. He possessed pictures and videos of the sexual abuse of children. These children, some who have been identified, had their images repeatedly traded across the internet. "Even if the same act is repeated during an ongoing, continuous pattern of criminality . . . , each act usually amounts to a fresh harm the victim must face." *United States v. Faulkner*, 926 F.D.A. 266, 271 (6th Cir. 2019), cert. denied, No. 19-5877, 2019 WL 5150707 (U.S. Oct. 15, 2019) (citing *United States v. Bivens*, 811 F.3d 840, 843 (6th Cir. 2016)).

Reid's criminality did not stop with just collecting and possessing horrific images. Defendant actively encouraged children and at least one adult to produce child pornography. In one chat, Reid asked an adult to produce child pornography of their own child.

Reid also had MV-1, a nine year-old girl, repeatedly produce child pornography. Reid cajoled MV-1 with compliments and affection. He offered to buy her gifts, asked her to be his girlfriend, told her he loved her, and sent her a picture of an engagement ring. He called her sexy, cute, and sweetie. Reid's words and actions were deliberately heartwarming. The constant flattery contributed to her decision to produce child pornography of herself for Reid.

Reid also engaged in predatory conduct. He befriended countless minors online. The Pueblo detective determined that Reid had over 1,600 Facebook friends. Most were between the ages of 10 to 16 years-old. Of the 27 from Pueblo, 21 were under the age of 18 years-old. When interacting online with MV-1 and MC-1, the conversations involved graphic sexual discussions. His goal was to convince them to send him naked pictures. Looking at the totality of the circumstances, the defendant likely intended to engage as many minors as he could for the same purpose.

Reid understood the wrongfulness of his actions. With both MV-1, MC-1, and Reid's two Facebook friends the detective spoke with, he hid his true age. He pretended he was near the same age of his victims. He sent MV-1 a picture of a 13 year-old boy as "himself".

Reid sent nine pictures of his penis to MV-1. In all but the last, his face was excluded from the pictures. He included his face only after warning her "this is

going to be a new one [of me]." Reid also told MV-1 not to show the "pictures that we did last night." After MC-1's mother took her phone for talking to Reid, he offered to buy MC-1 a phone but said "please do not tell your mom what I'm doing for you . . . ." When Reid called MC-1's home, her mom answered the phone. Despite the obvious fact that, over the phone, he sounded like an adult man, he insisted he was 14 years-old.

Reid's behavior was predacious. He exploited minor females by lying to them and manipulating them into creating child pornography.

### 2. History and characteristics of the defendant.

The defendant was declared incompetent by a defense expert in October of 2017 and by the Bureau of Prisons (BOP) in March of 2018. The Court ordered BOP to attempt to render him competent. In January of 2019, BOP confirmed the prior diagnosis and determined that Reid regained competency.

Through the pendency of this case, Reid participated in multiple evaluations. The evaluations were consistent with a diagnosis of Mild Intellectual Disability (formally referred to Mild Mental Retardation). One defense expert opined the presence of mild to moderate mental retardation. According to BOP, the criteria for this diagnosis included deficits in reasoning, judgment, learning from experience, personal independence (the defendant resided in an adult assisted living facility when he was arrested), and intellectual and adaptive deficits. Defendant fell in the

extremely-low range in IQ testing. The tests showed his reading, spelling, and math skills were around or below a second grade level. The testing also revealed low cognitive functioning. The government does not challenge the above findings.

Despite his challenges, there is evidence that Reid functions at a high enough level to understand the wrongfulness of his conduct. In 2018, as part of his evaluation at BOP, Reid participated in the Structured Inventory of Malingered Symptomatology (SIMS). Forensic Evaluation, 10, March 9, 2018. Reid's scores "suggested a degree of intentional effort to present as worse than his actual level of functioning with regard to neurologic impairment, psychosis, low intelligence, and memory impairment." *Id*. at 11. Reid reported having "significant difficulties with memory." *Id*. But, he was able to remember schedules, names, the activities of his daily living, and the location of his cell. *Id*. He reported experiencing "significant psychotic symptoms," including hallucinations "all the time." *Id*. at 12. This was inconsistent with his medical history and unsupported by the doctor's observations. *Id*. The evaluation suggested a possible connection between the exaggerations and Reid's hope to avoid criminal prosecution. *Id*.

The evidence showed that Reid functioned at a high enough level to recognize a relationship between his behavior and getting in trouble. Examples included telling MV-1 not to show the pictures they "did last night," asking MC-1 not to tell her mother he was buying her a new phone, lying to MC-1 about being

14 years-old, lying to the FBI about not remembering MC-1, and claiming to only trade nude images with girls 18 years-old or older. Further, Reid functioned at a high enough level to understand how to manipulate the minors so they would create child pornographic images. Reid pretended he was 14 years-old, sent pictures of a 14 year-old boy, and sent obscene material while avoiding showing his face. He sent a picture of an engagement ring, gave compliments, expressed affection, and offered to buy gifts. He also functioned high enough to download and collect child pornography, create links to child pornography, and ask likeminded individuals to take naked pictures of their children.

      **B.**    **The seriousness of the offense, respect for the law, and just punishment, 18 U.S.C. § 3553(a)(2)(A).**

The imposition of Reid's sentence is less about respect for the law and more about the seriousness of the offense and just punishment. Reid certainly has functional limitations related to his cognitive ability to live alone, work, and socialize with other people. But, Reid's mental challenges are as real and as significant as the danger he poses to children.

His limitations did not impair his ability to navigate social media, make friends with minors, and exhort them for child pornography. Reid was shrewd enough to understand that deception was a necessary tool to convince the minors to engage him online and provide him with naked pictures. Nor was he limited in the ability to recognize the wrongfulness and seriousness of his conduct. He did not

-13-

want his victims to tell their mothers because he knew, if caught, he would face consequences.

The aftereffects of his conduct, to various degrees, hurt an unknown number of victims. He was fully aware that what he was doing was wrong.

**C.  Adequate deterrence to criminal conduct, 18 U.S.C. § 3553(a)(2)(B).**

Deterrence is especially important in this case. Before his arrest, Reid spoke to MC-1's mother on or about May of 2016. She suspected that he was not a 14 year-old boy. Reid recognized that he had been "burned." He later spoke to MC-1, apologized for lying. He made plans to send MC-1 a phone to her friend's home to hide the phone from her mother.

In September of 2016, the FBI executed a search warrant at Reid's residence. In October of 2016, a criminal complaint was issued, and Reid was arrested and brought before a United States Magistrate Judge. On or about February 28, 2017, the FBI learned that Reid's Dropbox account contained links to a website with images and videos of child pornography and that Reid was actively soliciting images and videos of young girls.

In the face of MC-1's mother uncovering his real age, the execution of a search warrant at his residence, his arrest by the FBI, and his appearance before a judge, Reid was undeterred in his hunt for minors and child pornography. Reid's

sentence must impress upon him that this predatory and destructive behavior must stop.

**D.     Protect the public from further crimes of the defendant, 18 U.S.C. § 3553(a)(2)(C).**

The forensic examination found a conversation where Reid admitted that he wanted to have sex with a little girl. He had said he "thought about that with a little girl a few times cannot [sic] find one." In addition to deterring such conduct, a sentence of 100 months will adequately protect the public, especially children, from any further crimes committed by Reid.

## V.     Conclusion

The government respectfully respects that this Honorable Court impose a 100 month custodial sentence with the Bureau of Prison.

> Respectfully Submitted,
>
> SAIMA MOHSIN
> ACTING UNITED STATES ATTORNEY
>
> s/*Matthew Roth*
> Matthew Roth
> Assistant United States Attorney
> 211 West Fort Street, Suite 2001
> Detroit, Michigan 48226
> Phone:   313.226.9186
> Email:    Matthew.Roth2@usdoj.gov

Dated: May 28, 2021

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2021, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Michigan using the ECF system, which will send notification of the filing to all users of record.

s/*Matthew Roth*
Matthew Roth
Assistant United States Attorney
