| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 2911213 | **DATE** 04/09/2025 |
|---|---|---|---|---|
| **NAME** REID, Thomas Charles | **OFFICER** Corey D. Elder | **JUDGE** Gershwin A. Drain | | **DOCKET #** 17-CR-20201-01 |

| **ORIGINAL SENTENCE DATE** 09/17/2021 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 33 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 04/02/2023 | | | | |
| **EXPIRATION** 04/01/2033 | | | | |
| **ASST. U.S. ATTORNEY** Matthew A. Roth | | **DEFENSE ATTORNEY** To Be Determined | | |
| **REPORT PURPOSE** **TO ISSUE A WARRANT** | | | | |
| **ORIGINAL OFFENSE** Count 4: 18 U.S.C. § 2252(A)(a)(2), Receipt of Child Pornography | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 84 months, to be followed by a ten-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. Upon release from imprisonment the defendant shall be placed at a Residential Reentry Center (RRC) for a period of up to 6 months, as directed by the probation department. While at the facility, the defendant shall abide by all rules and regulations of the facility. The costs associated with the RRC placement are waived.
2. The defendant shall participate in a program approved by the Probation Department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
3. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.
4. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 2911213 | DATE 04/09/2025 |
|---|---|---|---|---|
| NAME REID, Thomas Charles | OFFICER Corey D. Elder | JUDGE Gershwin A. Drain | | DOCKET # 17-CR-20201-01 |

5. The defendant shall not purchase, sell, view, or possess images, in any form of media of live venue that depict pornography, sexually explicit conduct, child erotica, or child nudity.  The defendant shall not patronize any place where such material or entertainment is available.
6. The defendant shall not associate with minor children under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of your background and current offence, without prior approval of the probation officer.  The defendant may have unsupervised contact with his/her own children at the discretion of the probation officer.  The defendant shall not frequent places where children congregate on a regular basis (such as but not limited to school grounds, playgrounds, child toy stores, video arcades, etc.).
7. The defendant shall notify anyone they date or marry with a minor child under the age of eighteen (18) of their conviction.
8. The defendant shall have employment pre-approved by the probation department.  The defendant shall not be employed at or participate in any volunteer activities that involve contact with minors under the age of eighteen (18) or adults with disabilities, without prior approval of the probation officer.
9. You must submit to a psychological/psychiatric evaluation as directed by the probation officer, if necessary.
10. The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency, in which he or she resides, works, is a student, or was convicted of a qualifying offense.
11. The defendant shall successfully complete any sex offender diagnostic evaluations, treatment or counseling programs, as directed by the probation officer.  Reports pertaining to sex offender assessments and treatment shall be provided to the probation officer.  Based on the defendant's ability to pay, the defendant shall pay the cost of diagnostic evaluations, treatment or counseling programs in an amount determined by the probation officer.
12. The defendant shall participate in the Computer/Internet Monitoring Program (CIMP) administered by the United States Probation Department. The defendant shall abide by the Computer/Internet Monitoring Program Participant Agreement in effect at the time of supervision and comply with any amendments to the program during the term of supervision.  Due to the advances in technology, the Court will adopt the amendments to the Computer/Internet Monitoring Program as necessary.  For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.  The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.).

Criminal Monetary Penalty:  Special Assessment $100.00 (Balance: $30.00).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition #5**: "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER. IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 2911213 | DATE 04/09/2025 |
|---|---|---|---|---|
| NAME REID, Thomas Charles | OFFICER Corey D. Elder | JUDGE Gershwin A. Drain | | DOCKET # 17-CR-20201-01 |

ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

As of the writing of this correspondence REID's whereabouts are unknown. Efforts to locate REID at his prior residence, proposed new residence, contact with her sister and staff at Team Wellness has not resulted in contact. Team Wellness, her community mental health agency, reports on January 13, 2025, she canceled an appointment due to a reported death in the family, and they have not heard from her since. This writer has been able to track some phone use through third party internet monitoring vendor, IPPC, and it appears she made a purchase from a Walmart in Toledo, OH. IPPC has not registered any activity since March 5, 2025. Obituaries have been checked for REID and other family members with no results.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Corey D. Elder/lnb/mt 734 741-2051 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Jeffry W. Konal 313 234-5407 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The Issuance of a Warrant.

[  ]    Other

                          s/Gershwin A. Drain
                          United States District Judge

                          4/11/2025
                          Date